USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUISA GUTTI BROWN,

                    **Plaintiff,**

      - against -

M.D. SYDNEY COLEMAN, et al.,

                    **Defendants.**

**ORDER**

07 Civ. 1345 (LMM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Court on February 10, 2009,

**IT IS HEREBY ORDERED THAT**

(1) the Parties **SHALL** submit their final pretrial order to the Court no later than **March 23, 2009**;

(2) Brown **SHALL** circulate a draft of the final pretrial order to Defendants no later than **March 9, 2009**;

(3) Defendants **SHALL** re-circulate the draft final pretrial order to Brown no later than **March 18, 2009**;

(4) Brown **SHALL** produce a list of the Continuing Medical Education (CME) courses her expert, Dr. Henderson, has taken during the years 2004-2008, or, if none exist, a verified statement to that effect;

5) Brown **SHALL** produce a list – including the date, surgeon's name, and type of procedure performed, but with identifying patient information redacted – of all procedures that her expert, Dr. Henderson, has performed in the operating room of his offices, and in the offices of Surgery Center, Inc., during the last three years;

6) Brown **SHALL** release, forthwith, all exhibits necessary for the production of the transcript of the January 15, 2009, deposition of her expert, Dr. Henderson;

7) Brown **SHALL** produce to Defendants business records, including leases, date of incorporation, and dates of filings, related to her former retail business, Kelevage, or a verified statement that all such documents have been produced, or do not exist; and

8) Defendants **SHALL** produce to Brown the slideshow images displayed to her in Defendants' medical offices, or a verified statement that all images have already been produced, or do not exist.

**SO ORDERED this 11th day of February 2009**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**

2